**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**LERON "ROCKY" TURNER,** :

**Plaintiff,**

:

**vs** **Case No. 3:26-cv-00096**

:

**MARRIOTT INTERNATIONAL, INC., et al.**

:

**Defendants.**

---

**ORDER TRANSFERRING CASE**

---

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Thomas M. Rose to the docket of The Honorable Michael J. Newman.

**DONE** and **ORDERED** in Dayton, Ohio, this 6th day of October, 2026.

***s/ Thomas M. Rose***

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT